**Opinion issued August 4, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-26-00613-CV

_____

## HARRIS COUNTY, TEXAS, Appellant

## V.

## HECTOR COHEN GAMERO, Appellee

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Case No. 2025-13065**

---

### MEMORANDUM OPINION

Appellant Harris County, Texas has filed a motion to dismiss this appeal. The certificate of conference indicates that appellee agrees to dismissal. We grant the motion.

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1); 43.2(f).

Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan.